# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

SHERRY NELSON,

        Plaintiff,

v.                                      **ORDER**
                                   Civil File No. 12-2059 (MJD/FLN)

RAMSEY COUNTY, et al.,

        Defendants.

Albert T. Goins, Sr., Damon L. Ward, Goins Law Offices, Ltd., and Ward Law Group, Counsel for Plaintiff.

Kimberly R. Parker, Robert B. Roche, Assistant County Attorneys, Counsel for Defendant.

The above-entitled matter comes before the Court on Defendants' objections to Magistrate Judge Franklin L. Noel's August 21, 2013 Order ruling on Defendants' motion to compel discovery and amend the pretrial scheduling order. Defendants also object to Magistrate Judge Noel's determination in that Order that attorney fees would not be awarded to Defendants for their motion to compel responses to various interrogatories [Docket No. 12]. Additionally,

Defendants object to the fact that the Order does not provide a deadline for Plaintiff to comply with Defendants' motion to compel.

This Court will reverse a magistrate judge's order on a nondispositive issue if it is clearly erroneous or contrary to law.  28 U.S.C. § 636(b)(1)(A); D. Minn. L.R. 72.2(a).  The Court has reviewed the submissions and the record in this case and concludes that Magistrate Judge Noel's August 21, 2013 Order is neither clearly erroneous nor contrary to law.  To the extent that Defendants seek clarity with respect to deadlines by which Plaintiff must comply with Defendants' motion to compel, Defendants should direct a motion for clarification to Magistrate Judge Noel.  Therefore, the Order is affirmed.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1.    United States Magistrate Judge Noel's August 21, 2013 Order [Docket No. 26] is **AFFIRMED**.

2.    Defendants' objections to that Order [Docket No. 27] are **OVERRULED**.

Dated:  October 7, 2013              s/ Michael J. Davis_____
                                    Michael J. Davis
                                    Chief Judge
                                    United States District Court